UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS, WESTERN DIVISION

IN RE: Joe A. Rodriguez
      Amalia V. Rodriguez     )     CHAPTER 13
                                       )
                                       )     CASE NO. 19-82830
                                       )
                                       )
      Debtor(s).                  )

### TRUSTEE'S OBJECTION TO DEBTOR(S)' MOTION TO INCUR ADDITIONAL DEBT

The debtor(s)' Motion to Incur Additional Debt is set for hearing 12/8/2022 at 9:00 a.m.

1. Relevant case information:
   A. Date case filed ................................................................. 12/11/2019
   B. Total needed to complete plan ....................................... $9,540.00
   C. Total paid in ................................................................... $8,745.00
   D. Balance due .................................................................. $795.00
   E. Payments monthly/ ....................................................... $265.00
   F. Plan percentage (approximately) .................................. 10%
   G. Months left to complete..................................................

*Figures contained herein are not payoff figures. A payoff letter must be requested in writing from the Trustee's office.

2. The debtor(s) is/are requesting authority to incur debt

☒   A. The trustee objects to the debtor(s)' Motion to Incur Additional Debt for the following reasons:
      ☒ The debtor(s) has/have failed to file Amended Schedules I and J with Updated income and expense information.
      ☒ The debtor(s)' schedules 6/29/2022 reveal insufficient funds available to meet reasonable expenses, Chapter 13 payment and the additional indebtedness.
      ☒ Other: The debtors reside in different homes. If the debt that is to be incurred is to be for Joe A. Rodriguez only, the order to incur debt should make it clear it applies to Joe A. Rodriguez only.

                                                      LYDIA S. MEYER, Trustee

STATE OF ILLINOIS      )
                       )   SS
COUNTY OF WINNEBAGO    )

    I, the undersigned being first duly sworn on oath, depose and state that I served the above on the Debtor(s)' attorney as follows: **Attorney Jacob Maegli;** by filing electronically with the Clerk of the United States Bankruptcy Court a true and correct copy of said document(s) on December 2, 2022

*/s/ Heather Fagan*

LYDIA S. MEYER, Trustee
308 West State Street, Suite 212
Post Office Box 14127
Rockford, IL 61105-4127
Telephone: 815/968-5354
Fax: 815/968-5368